Larry W. Lee (State Bar No. 228175)
Max W. Gavron (State Bar No. 291697)
DIVERSITY LAW GROUP, P.C.
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Telephone:     (213) 488-6555
Facsimile:     (213) 488-6554
Email: lwlee@diversitylaw.com
Email: mgavron@diversitylaw.com

Kelsey A. Webber (State Bar No. 303721)
Shaelyn A. Stewart (State Bar No. 335149)
WEBBER LAW GROUP
333 University Ave, Suite 200
Sacramento, California, 95825
Telephone:     (916) 588-0683
Email: Kelsey.Webber@webberlawgroup.com
Email: Shaelyn.Stewart@webberlawgroup.com

Attorneys for Plaintiff and the Class

Evan R. Moses (Cal. Bar No. 198099)
Melis Atalay, (Cal. Bar No. 301373)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:     213-239-9800
Facsimile:     213-239-9045
Email: evan.moses@ogletree.com
Email: melis.atalay@ogletree.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HAMILTON, as an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>Heavenly Valley, Limited Partnership, a Nevada limited partnership; and DOES 1 through 50, inclusive;<br><br>          Defendants. | Case No. 2:21-cv-01608-WBS-DB<br><br>**JOINT STIPULATION AND ORDER TO STAY CASE PENDING APPROVAL OF CLASS SETTLEMENT IN RELATED CASE**<br><br>Complaint Filed:  July 8, 2021<br>Date Removed:    September 8, 2021<br>District Judge:  Hon. Morrison C. English, Jr.<br>                Courtroom 7, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>                Courtroom 27, Sacramento |

Plaintiff Christopher Hamilton and Defendant Heavenly Valley, Limited Partnership (collectively, "the Parties"), by and through their respective counsel of record, herein agree and stipulate as follows:

## **RECITALS**

WHEREAS, pursuant to Federal Rule of Civil Procedure 16, and Eastern District Local Rule 160, Plaintiff Christopher Hamilton ("Plaintiff") and Defendant Heavenly Valley, Limited Partnership ("Defendant") hereby provide notice that the Parties have reached a settlement of the claims in this lawsuit on a class-wide basis ("Settlement");

WHEREAS, the Settlement resolves all claims in this lawsuit, as well as all claims pled in related cases *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-KJM-AC (E.D. Cal.) ("*Gibson*"); *Heggen v. Heavenly Valley, Limited Partnership*, 2:21-cv-00107-WBS-DB (E.D. Cal.) ("*Heggen*"); and *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton II*");

WHEREAS, the Parties have agreed as part of the Settlement to seek approval of the Settlement in *Hamilton II*, and to immediately stay all deadlines in this case, *Gibson*, and *Heggen* pending approval of the class settlement in *Hamilton II*; and

WHEREAS, Plaintiffs anticipate filing a Motion for Preliminary Approval of the Class Action Settlement in *Hamilton II* at the earliest possible date;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that the Parties request the Court issue an order to stay all deadlines in this action and requiring the Parties file a Joint Status Report addressing the status of the settlement approval process, and any additional information that the Court requires, on a date in February 2021, or such other date that the Court deems appropriate.

**IT IS SO STIPULATED.**

DATED:  December 3, 2021                DIVERSITY LAW GROUP, P.C.


                                        By:  /s/ Max Gavron
                                             Max Gavron

                                        *Counsel for Plaintiff*


DATED:  December 3, 2021                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                        By:  /s/ Evan Moses (as authorized on 11/24/21)
                                             Evan R. Moses

                                        *Counsel for Defendant*


## SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 3, 2021                 By:  /s/ Max Gavron
                                             Max Gavron

**ORDER**

The Court having reviewed the foregoing stipulation, and of good cause appearing therefore, the Court orders as follows:

(1) All deadlines in this action are hereby immediately stayed.

(2) The Parties shall file a Joint Status Report addressing the status of the settlement approval process no later than **February 28, 2022**.

(3) A Status Conference Re Class Action Settlement is set for **March 14, 2022 at 1:30p.m.**

**IT IS SO ORDERED.**

Dated:  December 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE