Larry W. Lee (State Bar No. 228175)
Max W. Gavron (State Bar No. 291697)
DIVERSITY LAW GROUP, P.C.
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Telephone: (213) 488-6555
Facsimile:  (213) 488-6554
Email: lwlee@diversitylaw.com
Email: mgavron@diversitylaw.com

Kelsey A. Webber (State Bar No. 303721)
Shaelyn A. Stewart (State Bar No. 335149)
WEBBER LAW GROUP
333 University Ave, Suite 200
Sacramento, California, 95825
Telephone:  (916) 588-0683
Email: Kelsey.Webber@webberlawgroup.com
Email: Shaelyn.Stewart@webberlawgroup.con

Attorneys for Plaintiff and the Class

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER HAMILTON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Heavenly Valley, Limited Partnership, a Nevada limited partnership; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 2:21-cv-01608-WBS-DB<br><br>District Judge:   Hon. William B. Shubb<br><br>Magistrate Judge:   Hon. Deborah Barnes<br><br>**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   July 8, 2021<br>Date Removed:   September 8, 2021 |

ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

## ORDER

The Court grants the Parties' request to continue the Status Conference to **July 5, 2022, at 1:30 p.m.**  A joint status report re further proceedings shall be filed no later than **June 21, 2022**.

Dated:  March 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1