Larry W. Lee (State Bar No. 228175)
Max W. Gavron (State Bar No. 291697)
DIVERSITY LAW GROUP, P.C.
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Tel.: (213) 488-6555
Fax.: (213) 488-6554
Email: lwlee@diversitylaw.com

Kelsey A. Webber (State Bar No. 303721)
Shaelyn A. Stewart (State Bar No. 335149)
WEBBER LAW GROUP
333 University Avenue, Suite 200
Sacramento, CA 95825
Tel.: (916) 588-0683
Email: Kelsey.Webber@webberlawgroup.com
Attorneys for Plaintiff and the Class

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:    213-239-9045
Attorneys for Defendants
HEAVENLY VALLEY, LIMITED PARTNERSHIP
and THE VAIL CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER HAMILTON, as an individual and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>       v.<br><br>HEAVENLY VALLEY, LIMITED PARTNERSHIP; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. **2:21-CV-01608 WBS DB**<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br>Related to: 2:21-cv-00107 WBS DB<br>            2:21-cv-01260 WBS DB<br>            2:21-cv-02251-WBS-DB<br><br>Complaint Filed:  September 8, 2021<br>Trial Date:       None<br>District Judge:   Hon. William B. Shubb<br>                  Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>                  Courtroom 27, Sacramento |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure 16, 23(e), and 41(a), plaintiff CHRISTOPHER HAMILTON ("Plaintiff") and defendant HEAVENLY VALLEY, LIMITED PARTNERSHIP ("Defendant") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership,* SC20210148 (El Dorado County Superior Court) (*"Hamilton II"*); *Roberds v. The Vail Corporation et al,* Case No. 2:21-cv-02251-WBS-DB (E.D. Cal.) ("*Roberds*"); and *Heggen v. Heavenly Valley Limited Partnership*, 2:21-cv-00107-WBS-DB ("*Heggen*").

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Roberds* ("the Settlement");

WHEREAS, after considering all final approval papers, all objections to the Settlement, and oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order").

WHEREAS the Final Approval Order made the following findings concerning the Settlement, which covers the claims in this Action, among others:

- The Settlement is fair, adequate and reasonable;
- The distribution of the Notice to effectuate the Settlement has been completed in conformance with the El Dorado Superior Court's February 1, 2022 Order Granting Preliminary Approval; the El Dorado Superior Court's March 8, 2022 Order Extending Time to Issue Notice of Class Settlement; and the El Dorado Superior Court's Order Granting Plaintiffs' Unopposed Ex Parte Application to Permit Dissemination of a Supplemental Text Message Notice and to Extend the Response

Deadline to May 20, 2022;

- The Notice was adequate, satisfied due process requirements, and was the best notice practicable under the circumstances;
- The Settlement Agreement is binding on all Settlement Class Members who have not timely opted out.
- A Class is certified for settlement purposes only, which is defined as all non-exempt employees who at any time during the Covered Period worked for and were employed by Vail (including Defendant in this action) in the United States and worked primary at one of its resort locations or mountain facilities, with limited exclusions.
- Judgment is entered.
- El Dorado Superior Court will retain jurisdiction over the Parties to enforce the terms of the Judgment pursuant to California Rule of Court 3.769(h);

WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice within 28 days that the Final Approval Order becomes a final, non-appealable order;

WHEREAS, on or around September 24, 2022, non-parties John Linn and Mark Molina filed a motion to set aside and vacate judgment in *Hamilton* II, which the trial court denied on November 14, 2022;

WHEREAS, on December 1, 2022, non-parties filed a notice of appeal concerning the order denying the motion to set aside and vacate judgment in *Hamilton* II;

WHEREAS the Respondents' Briefs were filed January 19, 2024;

WHEREAS Appellants' Reply Brief is currently due April 8, 2024;

WHEREAS, as of today's date, the Court of Appeal has not yet set a hearing date for the appeal;

/ / /

/ / /

NOW THEREFORE, the Parties hereby jointly request that this Court continue the December 4, 2023 Status Conference for a period of four (4) months, or July 24, 2024, or as soon thereafter as the Court's calendar permits.

DATED: March 11, 2024                       DIVERSITY LAW GROUP, P.C.

                                            By: /s/  Max W. Gavron
                                                 Larry W. Lee
                                                 Max W. Gavron

                                            Attorneys for Plaintiff
                                            CHRISTOPHER HAMILTON, AS AN INDIVIDUAL AND on behalf of all others similarly situated

DATED: March 11, 2024                       OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                            By: /s/  Melis Atalay
                                                 Evan R. Moses
                                                 Melis Atalay

                                            Attorneys for Defendant
                                            THE VAIL CORPORATION

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFOR, the Court orders as follows:

(1) The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, on July 15, 2024.

(2) A Status Conference Re Class Action Settlement is set for **July 29, 2024 at 1:30 pm.**

**IT IS SO ORDERED.**

**Dated:  March 12, 2024**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE