JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
Jeanne Sarmiento, Esq. (#309660)
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone:    (949) 387-7200
Facsimile:     (949) 387-6676
Email: James@jameshawkinsaplc.com
       Greg@jameshawkinsaplc.com
       Michael@jameshawkinsaplc.com
       Jeanne@jameshawkinsaplc.com

Attorneys for Plaintiff
PAUL GREG ROBERDS,
individually and on behalf of all others similarly situated

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendants
HEAVENLY VALLEY, LIMITED PARTNERSHIP
and THE VAIL CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL GREG ROBERDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE VAIL CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY, a Colorado Corporation; HEAVENLY VALLEY, LIMITED PARTNERSHIP, a Nevada Limited Partnership; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02251-WBS-DB<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br>**Related to: 2:21-cv-00107 WBS DB**<br>**           2:21-cv-01260 WBS DB**<br>**           2:21-cv-01608 WBS DB**<br><br>Complaint Filed: September 8, 2021<br>Trial Date:       None<br>District Judge:   Hon. William B. Shubb<br>                  Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>                  Courtroom 27, Sacramento |

1            Case No. 2:21-cv-02251-WBS-DB

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure 16, 23(e), and 41(a), plaintiff PAUL GREG ROBERDS ("Plaintiff") and defendants THE VAIL CORPORATION DBA VAIL RESORTS MANAGEMENT COMPANY and HEAVENLY VALLEY, LIMITED PARTNERSHIP ("Defendants") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton* I"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); and *Heggen v. Heavenly Valley, Limited Partnership*, Case No. 2:21-cv-00107-WBS-DB (E.D. Cal.) ("*Heggen*").

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Roberds* ("the Settlement");

WHEREAS, after considering all final approval papers, all objections to the Settlement, and oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order").

WHEREAS the Final Approval Order made the following findings concerning the Settlement, which covers the claims in this Action, among others:

- The Settlement is fair, adequate and reasonable;
- The distribution of the Notice to effectuate the Settlement has been completed in conformance with the El Dorado Superior Court's February 1, 2022 Order Granting Preliminary Approval; the El Dorado Superior Court's March 8, 2022 Order Extending Time to Issue Notice of Class Settlement; and the El Dorado Superior Court's Order Granting Plaintiffs' Unopposed Ex Parte Application to Permit

Dissemination of a Supplemental Text Message Notice and to Extend the Response Deadline to May 20, 2022;

- The Notice was adequate, satisfied due process requirements, and was the best notice practicable under the circumstances;
- The Settlement Agreement is binding on all Settlement Class Members who have not timely opted out.
- A Class is certified for settlement purposes only, which is defined as all non-exempt employees who at any time during the Covered Period worked for and were employed by Vail (including Defendant in this action) in the United States and worked primary at one of its resort locations or mountain facilities, with limited exclusions.
- Judgment is entered.
- El Dorado Superior Court will retain jurisdiction over the Parties to enforce the terms of the Judgment pursuant to California Rule of Court 3.769(h);

WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice within 28 days after the Final Approval Order becomes a final, non-appealable order;

WHEREAS, on or around September 24, 2022, non-parties John Linn and Mark Molina filed a motion to set aside and vacate judgment in Hamilton II, which the trial court denied on November 14, 2022;

WHEREAS, on December 1, 2022, non-parties filed a notice of appeal concerning the order denying the motion to set aside and vacate judgment in Hamilton II;

WHEREAS the Respondents' Briefs were filed January 19, 2024;

WHEREAS Appellants Reply Brief was filed on May 10, 2024;

WHEREAS, as of today's date, the Court of Appeal has not yet set a hearing date for the appeal;

///

///

///

///

NOW THEREFORE, the Parties hereby jointly request that this Court continue the July 29, 2024 Status Conference for a period of four (4) months, or December 2, 2024, or as soon thereafter as the Court's calendar permits.

DATED:  July 15, 2024                            JAMES HAWKINS APLC


By:  /s/  Gregory Mauro
    James R. Hawkins
    Gregory Mauro
    Michael Calvo
    Jeanne Sarmiento

Attorneys for Plaintiff
PAUL GREG ROBERDS, individually and on behalf of all others similarly situated


DATED:  July 15, 2024                            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/  Melis Atalay
    Evan R. Moses
    Melis Atalay

Attorneys for Defendants
HEAVENLY VALLEY, LIMITED PARTNERSHIP and THE VAIL CORPORATION

## ORDER

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFOR, the Court orders as follows:

(1)   The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, on November 18, 2024.

(2)   A Status Conference Re Class Action Settlement is set for **December 2, 2024 at 1:30pm.**

**IT IS SO ORDERED.**

Dated: July 15, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28