Larry W. Lee (State Bar No. 228175)
Max W. Gavron (State Bar No. 291697)
DIVERSITY LAW GROUP, P.C.
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Telephone: (213) 488-6555
Facsimile:  (213) 488-6554
Email: lwlee@diversitylaw.com
Email: mgavron@diversitylaw.com

Kelsey A. Webber (State Bar No. 303721)
Shaelyn A. Stewart (State Bar No. 335149)
WEBBER LAW GROUP
333 University Ave, Suite 200
Sacramento, California, 95825
Telephone:  (916) 588-0683
Email: Kelsey.Webber@webberlawgroup.com
Email: Shaelyn.Stewart@webberlawgroup.com

Attorneys for Plaintiff and the Class

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:     213-239-9045

Attorneys for Defendant
HEAVENLY VALLEY, LIMITED PARTNERSHIP and
THE VAIL CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HAMILTON, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>HEAVENLY VALLEY, LIMITED PARTNERSHIP; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. **2:21-CV-01608 WBS SCR**<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>**Related to:  2:21-cv-00107 WBS DB**<br>                 **2:21-cv-01260 WBS SCR**<br>                 **2:21-cv-02251-WBS-DB**<br><br>Complaint Filed: September 8, 2021<br>District Judge:    Hon. William B. Shubb<br>                  Courtroom 5, Sacramento<br><br>Magistrate Judge:  Sean C. Riordan<br>                  Courtroom 27, Sacramento |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff CHRISTOPHER HAMILTON ("Plaintiff") and defendant HEAVENLY VALLEY, LIMITED PARTNERSHIP ("Defendant") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); *Roberds v. The Vail Corporation et al*, Case No. 2:21-cv-02251-WBS-DB (E.D. Cal.) ("*Roberds*"); and *Heggen v. Heavenly Valley Limited Partnership*, 2:21-cv-00107-WBS-DB ("*Heggen*").

WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the action, which the court denied;

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Roberds* ("the Settlement");

WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

WHEREAS, after considering all final approval papers, all objections to the Settlement, oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the Court denied;

WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene

1    and the order denying their motion to set aside and vacate judgment;

2         WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that

3    reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and

4    vacate the judgment in *Hamilton* II;

5         WHEREAS, Defendant's petition for review filed with the California Supreme Court which

6    was not granted;

7         WHEREAS, remittitur issued on January 29, 2025;

8         WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025,

9    the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado

10   Plaintiffs' (now Intervenors') motion to dismiss, and set a hearing for June 6, 2025;

11        WHEREAS, the outcome of that motion may determine whether settlement approval

12   proceedings will again move forward in *Hamilton* II;

13        WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice

14   within 28 days after the Final Approval Order becomes a final, non-appealable order;

15        NOW THEREFORE, the Parties hereby jointly request that this Court continue the May 5,

16   2025 Status Conference to Monday, August 4 at 1:30 pm, or as soon thereafter as the Court's

17   calendar permits.

18

19   DATED:  April 23, 2025                    DIVERSITY LAW GROUP, P.C.

20

21

22                                       By:  /s/  Max W. Gavron
                                              Larry W. Lee
23                                            Max W. Gavron

24                                       Attorneys for Plaintiff
                                         CHRISTOPHER HAMILTON, AS AN
25                                       INDIVIDUAL AND on behalf of all others
                                         similarly situated
26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: April 23, 2025                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/  *Evan R. Moses*
       Evan R. Moses
       Melis Atalay

Attorneys for Defendant
HEAVENLY VALLEY, LIMITED PARTNERSHIP and THE VAIL CORPORATION

1

## <u>ORDER</u>

2       The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING

3   THEREFOR, the Court orders as follows:

4       (1)     The Parties shall file a Joint Status Report addressing the status of the Settlement

5   and any additional information that the Court requires, by **July 28, 2025**.

6       (3)     The Status Conference is reset for **<u>August 11, 2025 at 1:30 p.m.</u>**

7

8       **IT IS SO ORDERED.**

Dated:  April 24, 2025

9                                                _____

10                                              WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28