Larry W. Lee (State Bar No. 228175)
Max W. Gavron (State Bar No. 291697)
DIVERSITY LAW GROUP, P.C.
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Tel.: (213) 488-6555
Fax.: (213) 488-6554
Email: lwlee@diversitylaw.com

Kelsey A. Webber (State Bar No. 303721)
Shaelyn A. Stewart (State Bar No. 335149)
WEBBER LAW GROUP
333 University Avenue, Suite 200
Sacramento, CA 95825
Tel.: (916) 588-0683
Email: Kelsey.Webber@webberlawgroup.com
Attorneys for Plaintiff and the Class

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MATTHEW R. RICHARDSON, CA Bar No. 329252
Matthew.richardson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:     213-239-9045
Attorneys for Defendants
HEAVENLY VALLEY, LIMITED PARTNERSHIP
and THE VAIL CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HAMILTON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEAVENLY VALLEY, LIMITED PARTNERSHIP; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. **2:21-CV-01608 WBS SCR**<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>**Related to: 2:21-cv-00107 WBS SCR**<br>**2:21-cv-01260 WBS SCR**<br>**2:21-cv-02251-WBS SCR**<br><br>Complaint Filed:  September 8, 2021<br>Trial Date:          None<br>District Judge:    Hon. William B. Shubb<br>                          Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Sean C. Riordan<br>                          Courtroom 27, Sacramento |

1                                                Case No. **2:21-CV-01608 WBS SCR**

JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff CHRISTOPHER HAMILTON ("Plaintiff") and defendant HEAVENLY VALLEY, LIMITED PARTNERSHIP ("Defendant") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership,* SC20210148 (El Dorado County Superior Court) (*"Hamilton II"*); *Roberds v. The Vail Corporation et al,* Case No. 2:21-cv-02251-WBS-DB (E.D. Cal.) ("*Roberds*"); and *Heggen v. Heavenly Valley Limited Partnership*, 2:21-cv-00107-WBS-DB ("*Heggen*").

WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the action, which the court denied;

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Heggen*, *Hamilton* II, and *Gibson* ("the Settlement");

WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

WHEREAS, after considering all final approval papers, all objections to the Settlement, oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the Court denied;

WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene

JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER

and the order denying their motion to set aside and vacate judgment;

WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and vacate the judgment in *Hamilton* II;

WHEREAS, Defendant's petition for review filed with the California Supreme Court which was not granted;

WHEREAS, remittitur issued on January 29, 2025;

WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025, the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado Plaintiffs' (now Intervenors') motion to dismiss, and set a revised hearing for September 12, 2025;

WHEREAS, whereas, Colorado Plaintiffs' motion to dismiss was heard on September 12, 2025, and denied on September 22, 2025;

WHEREAS, on November 18, 2025, the Colorado Plaintiffs moved to stay or dismiss *Hamilton II*, which was set to be heard by the Superior Court on January 30, 2026. However, due to unavailability of counsel, the Colorado Plaintiffs' motion to stay or dismiss *Hamilton II* will now be heard by the Superior Court on May 15, 2026;

WHEREAS, the Settlement provides that Plaintiffs will dismiss this action with prejudice within 28 days after the Final Approval Order becomes a final, non-appealable order;

NOW THEREFORE, the Parties hereby jointly request that this Court continue the May 4, 2026 Status Conference to Monday June 15, 2026, at 1:30 pm, or as soon thereafter as the Court's calendar permits to assess the impact of the pending motion.

JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER

DATED:  April 20, 2026                            DIVERSITY LAW GROUP, P.C.


                                                  By:  /s/ Max W. Gavron
                                                       Larry W. Lee
                                                       Max W. Gavron

                                                  Attorneys for Plaintiff

DATED:  April 20, 2026                            OGLETREE, DEAKINS, NASH, SMOAK &
                                                  STEWART, P.C.



                                                  By:  /s/ Matthew R. Richardson
                                                       Evan R. Moses
                                                       Matthew R. Richardson

                                                  Attorneys for Defendant HEAVENLY VALLEY,
                                                  LIMITED PARTNERSHIP and THE VAIL
                                                  CORPORATION

JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER

## ORDER

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1)    The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **July 27, 2026.**

(3)    A Status Conference tis set for **August 10, 2026 at 1:30 p.m.** in Courtroom 5 (WBS).

**IT IS SO ORDERED.**

Dated:  April 20, 2026

_____

WILLIAM B. SHUBB

UNITED STATES DISTRICT JUDGE

Case No. 2:21-CV-01608 WBS DB

93005512.v1-OGLETREE

JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER